UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-00867 - JVS (ANx)                              Date  October 24, 2012

Title     Glenn Provost, MD v. Attorneys from Paul Plevin Sullivan and Connaughton, et al.

Present: The Honorable     James V. Selna

        Karla J. Tunis                              Not Present
        Deputy Clerk                              Court Reporter

   Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

           Not Present                                Not Present

**Proceedings:**   (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than November 13, 2012, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

   X   Proof of service of summons and complaint as to defendants

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

The Court hereby vacates the Scheduling Conference set for October 29, 2012 to be resent after resolution of the Order to Show Cause.

                                                                         :   00

                              Initials of Preparer    kjt